UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA            :    AFFIRMATION

         -v-                                 :    15 Mag. 4269

DERRICK WILLIAMS,                   :
  a/k/a "Blood,"
                                      :
    Defendant.
                                      :
- - - - - - - - - - - - - - - - - - - - - X

STATE OF NEW YORK              )
COUNTY OF NEW YORK             :  ss.:
SOUTHERN DISTRICT OF NEW YORK  )

        Daniel C. Richenthal, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

        1.   I am an Assistant United States Attorney in the Office of Preet Bharara, United States Attorney for the Southern District of New York.  I submit this affirmation in support of an application for an extension of the order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to Title 18, United States Code, Section 3161(h)(7)(A).

        2.   DERRICK WILLIAMS, a/k/a "Blood," the defendant, was arrested on December 11, 2015 and charged with violating Title 18, United States Code, Sections 1349 and 1028A, in a complaint dated November 30, 2015.[1]  The defendant was presented before Magistrate

---

[1]  The defendant was produced in federal court on a writ from Rikers Island, where he was in custody on unrelated state charges.

ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 11 2016

Judge Ronald L. Ellis on December 11, 2015, at which time the defendant, who was represented by Joshua L. Dratel, Esq., was ordered detained on consent, without prejudice.

3. At the initial presentment on December 11, 2015, counsel for the defendant consented to a waiver of his client's right pursuant to Rule 5 of the Federal Rules of Criminal Procedure to a preliminary hearing within 14 days of the initial appearance. Accordingly, under the Speedy Trial Act the Government presently has until January 11, 2016 within which to file an indictment or information.

4. Defense counsel and counsel for the Government have had discussions regarding a possible disposition of this case. The discussions have not been completed and we plan to continue, but do not anticipate a resolution before the deadline under the Speedy Trial Act expires on January 11, 2016.

5. Therefore, the Government is requesting a 30-day continuance until February 10, 2016, to continue the foregoing discussions and reach a disposition of this matter. Defense counsel has specifically consented to this request on behalf of the defendant.

6. For the reasons stated above, the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

I declare under penalties of perjury that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

Dated:   New York, New York
         January 8, 2016

_____
Daniel C. Richenthal
Assistant United States Attorney