ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA              :    ORDER OF CONTINUANCE

          -v-                          :    15 Mag. 4269

DERRICK WILLIAMS,                      :
  a/k/a "Blood,"
                                       :
     Defendant.
                                       :
- - - - - - - - - - - - - - - - - - - - - X

     Upon the application of the United States of America and the affirmation of Daniel C. Richenthal, Assistant United States Attorney for the Southern District of New York, it is found that DERRICK WILLIAMS, a/k/a "Blood," the defendant, was arrested on December 11, 2015 and charged with violating Title 18, United States Code, Sections 1349 and 1028A, in a complaint dated November 30, 2015;

     It is further found that the defendant was presented before Magistrate Judge Ronald L. Ellis on December 11, 2015, at which time the defendant, who was represented by Joshua L. Dratel, Esq., was ordered detained on consent, without prejudice;

     It is further found that counsel for the Government have been engaged, and continues to be engaged in, discussions concerning a possible disposition of this case with counsel for the defendant;

     It is further found that the Government has requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case and that the defendant, through

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 11 2016

counsel, has consented that such a continuance may be granted for that purpose and has specifically waived his right to be charged in an indictment or information for an additional 30 days; and

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until February 10, 2016, and that a copy of this Order and the affirmation of Assistant United States Attorney Daniel C. Richenthal be served by mail on this date on counsel for the defendant by the United States Attorney's Office.

Dated:   New York, New York
         January 11, 2016

_____James C. Francis IV_____
HONORABLE JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE