UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                    :      AFFIRMATION IN
                                                   SUPPORT OF AN
     - v. -                                 :      EXTENSION OF THE
                                                   ORDER OF CONTINUANCE
DERRICK WILLIAMS,                           :
  a/k/a "Blood,"                                   15 Mag. 4269
                                            :

                     Defendant.             :

- - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK              )
COUNTY OF NEW YORK             :  ss.:
SOUTHERN DISTRICT OF NEW YORK  )

        ANDREW D. BEATY, pursuant to Title 28, United States Code,

Section 1746, hereby declares under penalty of perjury:

        1.    I am an Assistant United States Attorney in the Office

of Preet Bharara, United States Attorney for the Southern District

of New York.   I submit this affirmation in support of an application

for an order of continuance of the time within which an indictment

or information would otherwise have to be filed, pursuant to Title

18, United States Code, Section 3161(h)(7)(A).

        2.    DERRICK WILLIAMS, a/k/a "Blood," the defendant, was

arrested on December 7, 2015, and charged with violating Title 18,

United States Code, Sections 1349 and 1028A, in a complaint dated

November 30, 2015.   The defendant was presented before Magistrate

Judge Ronald L. Ellis on December 11, 2015, at which time the



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 10 2016

defendant, who was represented by Joshua L. Dratel, Esq., was ordered detained on consent, without prejudice.

3.    At the initial presentment, counsel for the defendant consented to a waiver of his client's right pursuant to Rule 5 of the Federal Rules of Criminal Procedure to a preliminary hearing within 14 days of the initial appearance.  Accordingly, under the Speedy Trial Act, the Government had until January 11, 2016 within which to file an indictment or information.   On or about January 11, 2016, the Government's application to extend the time in which to file an indictment or information by 30 days was granted.  Accordingly, the Government presently has until February 10, 2016 to file an indictment or information.

4.    Defense counsel and counsel for the Government have had discussions regarding a possible disposition of this case.  The discussions have not been completed and we plan to continue, but do not anticipate a resolution before the deadline under the Speedy Trial Act expires on February 10, 2016.

5.    Therefore, the Government is requesting a 30-day continuance until March 11, 2016 to continue the foregoing discussions and reach a potential disposition.  Counsel for the defendant has consented to this request on behalf of his client. This request has also been approved by Andrew Dember, Deputy Chief of the Criminal Division.

6.    For the reasons stated above, the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

I declare under penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

Dated:    New York, New York
          February 8, 2016

_____
ANDREW D. BEATY
Assistant United States Attorney

3